**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| ASCENT MANAGEMENT, INC., § <br> AND MARWAN DEEK § <br> § <br> PLAINTIFFS, § <br> § <br> § <br> VS. § <br> § <br> SHELL OIL COMPANY, SHELL LEASING § <br> COMPANY, SHELL PETROLEUM INC., § <br> TRUE NORTH ENERGY LLC, § <br> PETROLEUM SOLUTIONS INC., AND § <br> VERIFONE § <br> § <br> DEFENDANTS. § | CIVIL ACTION NO. 3:23-cv-00004- <br> District Judge Thomas M. Rose <br> Magistrate Judge Peter B. Silvain, Jr. |

**STIPULATION AND ORDER TO EXTEND DEFENDANTS SHELL OIL COMPANY, SHELL LEASING COMPANY, SHELL PETROLEUM INC. AND TRUE NORTH ENERGY, LLC'S TIME TO MOVE, ANSWER, OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' VERIFIED COMPLAINT FOR COMPENSATORY AND PUNITIVE DAMAGES AND OTHER RELIEF**

NOW COME Plaintiffs, Ascent Management, Inc. and Marwan Deek, by and through their counsel, Thomas J. Manning, Esq. of Manning Law Firm, LLC, and Lamis J. Deek, Esq. of the Law Offices of Lamis Deek (admitted *pro hac vice*) and Defendants, Shell Oil Company, Shell Leasing Company, Shell Petroleum Inc., and True North Energy, LLC, by and through their counsel, Erik G. Chappell, Esq. and Julie A. Douglas, Esq. of the law firm of Lyden, Chappell & Dewhirst, Ltd., and hereby stipulate and agree that Defendants, Shell Oil Company, Shell Leasing Company, Shell Petroleum Inc., and True North Energy, LLC, shall have up to and including February 15, 2023

-2-

in which to move, plead, answer, or otherwise defend, in response to Plaintiffs' Verified Complaint for Compensatory and Punitive Damages and Other Relief.

  **IT IS SO ORDERED.**

| | |
|---|---|
| January 25, 2023 | *s/Peter B. Silvain, Jr.* |
| Date | Peter B. Silvain, Jr. |
| | United States Magistrate Judge |

**APPROVED AS TO FORM AND CONTENT:**

| | |
|---|---|
| | /s/ Thomas J. Manning |
| 01/24/2023 | per email consent |
| Date | Thomas J. Manning, Counsel for Plaintiffs, Ascent Management, Inc. and Marwan Deek |

| | |
|---|---|
| | /s/ Lamis J. Deek |
| 01/24/2023 | per email consent |
| Date | Lamis J. Deek, Esq, Counsel for Plaintiffs, Ascent Management, Inc. and Marwan Deek (admitted *pro hac vice*) |

| | |
|---|---|
| 01/24/2023 | /s/ Julie A. Douglas |
| Date | Julie A. Douglas, Counsel for Defendants, Shell Oil Company, Shell Leasing Company, Shell Petroleum Inc., and True North Energy, LLC |