# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| ASCENT MANAGEMENT, INC.; <br> MARWAN DEEK <br><br> Plaintiffs, <br><br> v. <br><br> SHELL OIL COMPANY; SHELL LEASING COMPANY; SHELL PETROLEUM INC.; <br> TRUE NORTH ENERGY INC.; <br> PETROLEUM SOLUTIONS INC.; <br> VERIFONE, <br><br> Defendants. | Case No. 3:23-cv-00004-TMR-PBS <br><br> District Judge Thomas M. Rose <br><br> Magistrate Judge Peter B. Silvain, Jr. |

**CONSENT STIPULATION AND ORDER TO EXTEND DEFENDANT PETROLEUM SOLUTIONS INC.'S TIME TO MOVE, ANSWER OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFFS' VERIFIED COMPLAINT FOR COMPENSATORY AND PUNITIVE DAMAGES AND OTHER RELIEF**

NOW COME Plaintiffs Ascent Management, Inc. and Marwan Deek (collectively, "Plaintiffs"), and Defendant Petroleum Solutions, Inc. d/b/a JF Petrol Group ("JF Petrol"), by and through their respective counsel, and hereby stipulate and agree that JF Petrol shall have an extension of 21 days to move, plead, answer, or otherwise defend, in response to Plaintiffs' Verified Complaint for Compensatory and Punitive Damages and Other Relief, up to and including **February 20, 2023.** No prior stipulated extensions have been sought with respect to JF Petrol.

**IT IS SO ORDERED.**

February 6, 2023  
  Date

*s/Peter B. Silvain, Jr.*  
  Peter B. Silvain, Jr.  
  United States Magistrate Judge

**APPROVED AS TO FORM AND CONTENT:**

|  |  |
|---|---|
| 02/03/2023 | /s/ *Thomas J. Manning* |
| Date | per email consent |
|  | Thomas J. Manning |
|  | *Counsel for Plaintiffs, Ascent Management, Inc. and Marwan Deek* |

|  |  |
|---|---|
| 02/03/2023 | /s/ *Lamis J. Deek* |
| Date | per email consent |
|  | Lamis J. Deek |
|  | *Counsel for Plaintiffs, Ascent Management, Inc. and Marwan Deek* (admitted *pro hac vice*) |

|  |  |
|---|---|
| 02/03/2023 | /s/ *Branden P. Moore* |
| Date | Branden P. Moore (0092716) |
|  | MCGUIREWOODS LLP |
|  | 260 Forbes Avenue, Suite 1800 |
|  | Pittsburgh, Pennsylvania 15222 |
|  | (412) 667-7908 |
|  | (412-667-6050 Fax |
|  | bmoore@mcguirewoods.com |
|  |  |
|  | *Counsel for Defendant, Petroleum Solutions Inc. d/b/a JF Petrol Group* |