# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ASCENT MANAGEMENT, INC., AND MARWAN DEEK § § § PLAINTIFFS, § § § § VS. § § SHELL OIL COMPANY, SHELL LEASING § COMPANY, SHELL PETROLEUM INC., § TRUE NORTH ENERGY LLC, § PETROLEUM SOLUTIONS INC., AND § VERIFONE § § DEFENDANTS. § | CIVIL ACTION NO. 3:23-cv-00004- District Judge Thomas M. Rose Magistrate Judge Peter B. Silvain, Jr. |

## ORDER

This matter is before the Court on Plaintiffs' unopposed Motion for Extension of Time (Doc. #23). In their Motion, Plaintiffs request an extension of time to respond to Defendant VeriFone, Inc's Motion to Dismiss (Doc. #14), the Motion to Dismiss by Defendants Shell Leasing Co., Shell Oil Co., Shell Petroleum Inc., and True North Energy (Doc. #20), and the Motion to Dismiss by Defendant Petroleum Solutions Inc. (Doc. #21). (Doc. #23, *PageID* #285). None of the Defendants oppose Plaintiffs' request. Accordingly, Plaintiffs' Motion (Doc. #23) is **GRANTED**. Plaintiffs' responses to the pending motions to dismiss (Doc. #s 14, 20, 21) are due **April 6, 2023**.

**IT IS SO ORDERED.**

 March 20, 2023
Date

*s/Peter B. Silvain, Jr.*
Hon. Peter B. Silvain, Jr.
United States Magistrate Judge